UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TINA SEALS,

                Plaintiff,

       -against-

CRUMPS, ET AL.,

                Defendants.

25-CV-7850 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On October 1, 2014, Judge Loretta A. Preska barred Plaintiff from filing any new civil action *in forma pauperis* ("IFP") in this court without first obtaining from the court permission to file. *See Seals v. McClurkin*, ECF 1:14-CV-6080, 7 (S.D.N.Y. Oct. 1, 2014). Plaintiff files this new *pro se* case, without paying the filing fees and the therefore Court assumes she is seeking to proceed IFP. Plaintiff, however, has not sought permission from the court to file this action. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the October 1, 2014 order in *Seals*, ECF 1:14-CV-6080, 7.

## CONCLUSION

The Court dismisses this action without prejudice for Plaintiff's failure to comply with the October 1, 2014 order in *Seals*, ECF 1:14-CV-6080, 7.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

2

The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated: September 23, 2025
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge